UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Richard Young,

        Plaintiff(s),         Case No. 19-12710

v.         Judge Sean F. Cox

Connie Horton         Magistrate Judge Patricia T. Morris

        Defendant(s).
_____/

**NOTICE OF CORRECTION**

Docket entry number __5__, filed __09/26/19__, has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [x] Other: The opinion and order would be re-docketed to indicate the case was transferred to the Western District of Michigan.

If you need further clarification or assistance, please contact __the Clerk's Office__ at __(313) 234-5000__.

DAVID J. WEAVER, CLERK OF COURT

Dated: September 26, 2019         s/D.Peruski
        Deputy Clerk